# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139017 (12)

KENNETH M. WOJNICZ,
      Plaintiff-Appellant,

                                       SC: 139017
v                                          COA:  291656

PAROLE BOARD,
      Defendant-Appellee.
_____

      On order of the Chief Justice, the motion for reconsideration of the order of June 24, 2009 is considered and it is DENIED because it does not appear the order was entered erroneously.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2009
_____
                                  Clerk